IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**CHARLES MIDKIFF**                                                                      **PLAINTIFF**

VS.                          NO. 2:09-CV-107SWW

**SATAL SINGH and S.S. TEXAS TRANSPORT, INC.**              **DEFENDANTS**

## ORDER OF DISMISSAL

The Court is advised that plaintiff and defendants have entered into a settlement agreement, and that plaintiff's cause of action against defendants should be dismissed with prejudice.

IT IS THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that plaintiff's complaint against defendants and all of plaintiff's causes of action as to defendants should be, and hereby are, dismissed, with prejudice.

_____
HONORABLE SUSAN WEBER WRIGHT

Approved as to form:

Date: 5-11-10

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699

By _____
    Jerry J. Sallings (84134)
    Attorneys for defendants

GRAYSON & GRAYSON, PA
P. O. Box 1447
Heber Springs, AR 72543

By _____
    Mr. Keith Grayson
    Attorney for Plaintiff

868807-v1